IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Monrovia Nursery Company
_____
Plaintiff(s),

v.

Case No.    3:26-cv-242
_____

Prince Corporation
_____
Defendant(s).

MOTION TO APPEAR *PRO HAC VICE*

David M. Mannion        of    Blakeley LC
_____         _____
Attorney                                       Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in  California
_____
Jurisdiction

Dated this _23rd_ day of _____March,_ _2026_____

s/ David M. Mannion
_____

Name    David M. Mannion
_____

Firm    Blakeley LC
_____

Address 530 Technology Drive, First Floor
_____

_____

City    Irvine            State  CA   Zip Code 92618

E-Mail   DMannion@BlakeleyLC.com
_____

Phone        +1 (949) 260-0611
_____

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

David Michael Mannion , Bar No. 288627

was duly admitted to practice in this Court on 01/21/2013

*DATE*

and is active and in good standing as a member of the Bar

of this Court.

Dated at Los Angeles, California

on 3/6/2026

*Date*

BRIAN D. KARTH
Clerk of Court

By *Audree Sellarole*

Audree Sellarole , Deputy Clerk



G-52 (1/24)                 CERTIFICATE OF GOOD STANDING